IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARVETTA POWELL, | ) |
| Plaintiff, | ) |
| | ) 3:12-cv-00866 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| TITLEMAX OF TENNESSEE, | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Notice of Acceptance of Offer of Judgment ("Notice") (Doc. No. 11), filed with an Offer of Judgment by Defendant (Doc. No. 11-1). Defendant's Offer of Judgment states:

> (1) The Defendant will pay a total of $16,000 to Plaintiff, Darvetta Powell;
> (2) The Defendant will pay all costs accrued to date;
> (3) The Defendant will pay a reasonable attorney fee as defined by federal law. If there is a disagreement as to the reasonableness of the fee, the matter will be submitted to the Court for a ruling using the standard procedure to resolve such matters.

(*Id.* at 1.) The Offer of Judgment, delivered on May 17, 2013, provided ten days for Powell to serve written notice of its acceptance (*id.*); she filed the Notice on May 22, 2013 (Doc. No. 11). Through the Notice, Plaintiff Darvetta Powell accepts Defendant's offer under Federal Rule of Civil Procedure 68 and reserves the right to petition the Court for reasonable attorney's fees within thirty days of the entry of judgment, should a dispute arise as to the reasonableness of fees sought. (*Id.* at 1.)

Accordingly, the Court **ACCEPTS** the Notice and **DIRECTS** the Clerk of the Court to enter judgment and to close the case.

1

It is so ORDERED.

Entered this the __23rd__ day of May, 2013.

                                             JOHN T. NIXON, SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT